ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, New Jersey 08033
Tel. (856) 795-2121
Fax (856) 795-0574
Attorneys for Defendant

By: Douglas Diaz, Esq.
 ddiaz@archerlaw.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENE KLEIN,<br><br>                    Plaintiff,<br><br>v.<br><br>RIGGS DISTLER & COMPANY, INC.<br><br>                    Defendant. | Civil Action No. 21-cv-11729-RMB-AMD |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Riggs Distler & Company, Inc. hereby identifies its parent corporation, Drum Parent, Inc., as owning 10 percent or more of its stock.

                                              Respectfully submitted:

                                              */s/Douglas Diaz*
                                              DOUGLAS DIAZ, ESQ.

Dated: August 3, 2021

221752030v1